427 A.2d 246

Smith v. Ingwersen et vir., Appellants.

Argued November 13, 1979.   Floyd L. Arbogast Jr., for appellants;   Bruno A. Muscatello, submitted a brief on behalf of appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

The order of the trial court dated October 23, 1978, is affirmed.

May 13, 1980.

427 A.2d 246

Commonwealth v. Ritter, Jr., Appellant.

Argued March 6, 1980.   Allen H. Smith, for appellant; Richard H. Horn, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.